Mack R. GIBSON, Appellant,

v.

Constance C. REESE, Sued as
Constance Reese, Warden,
Appellee.

No. 02–3030.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 10, 2003.

Before BYE, FAGG and RILEY, Circuit
Judges.

[UNPUBLISHED]

PER CURIAM.

Federal inmate Mack R. Gibson appeals
the district court's[1] dismissal of his 28
U.S.C. § 2241 petition. We affirm.

In February 1994, Gibson was arrested
for selling cocaine. His parole was re-
voked, and he was imprisoned from the
date of his arrest until February 20, 1996,
his mandatory release date. Meanwhile,
in November 1995, the government indict-
ed him on two counts of drug trafficking
for selling the cocaine; after a jury trial,
Gibson was sentenced on October 2, 1996,
to 120 months imprisonment. The judg-
ment stated this sentence was concurrent
with any remaining parole-violation time,
and recommended that Gibson receive
credit for time served since December 13,
1995. The Bureau of Prisons (BOP), how-
ever, gave Gibson credit only from Febru-
ary 20, 1996. Gibson filed his section 2241
petition, seeking credit for time he served
before that date, and asserting various
challenges to the validity of his sentence.

Under 18 U.S.C. § 3585(b), the BOP
could give Gibson credit on his instant
sentence only for time not credited to-
wards a prior sentence, and the time he
spent in custody before February 20, 1996,
had been credited to his parole-violation
sentence. Further, the BOP had authority
to determine the amount of credit Gibson
was to receive, and was not bound by the
sentencing recommendation. *See United
States v. Wilson,* 503 U.S. 329, 335, 112
S.Ct. 1351, 117 L.Ed.2d 593 (1992). Gib-
son's challenges to the validity of his sen-
tence—as opposed to its execution—must
be brought in a 28 U.S.C. § 2255 motion.
*See Matheny v. Morrison,* 307 F.3d 709,
711 (8th Cir.2002).

Accordingly, we affirm.

A true copy.

1. The Honorable Richard H. Kyle, United
States District Judge for the District of Minne-
sota, adopting the report and recommenda-
tions of the Honorable Franklin L. Noel, Unit-
ed States Magistrate Judge for the District of
Minnesota.